IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *MARIA COLLINS*,<br>    Plaintiff,<br><br>*v.*<br><br>*ATLANTIC RECOVERY SOLUTIONS, LLC,*<br>*ZACHARIAH AGA,*<br>*AND BRIGHTWATER CAPITAL, LLC.*,<br>    Defendants. | Case No. 21-cv-4621<br><br>Judge Dow |

## JUDGMENT ORDER

BEFORE THE COURT is Plaintiff's Motion for a Default Judgment. The Court grants Plaintiff's Motion in full and enters judgment in the amount of $ 6,412.00 in favor of Plaintiff and jointly and severally against all Defendants: Zachariah Aga, Atlantic Recovery Solutions, LLC, and Brightwater Capital, LLC.

_____
The Honorable Robert M. Dow, Jr.
Judge, United States District Court

Date: 4/11/2022